In re __Leonard A. Golden__ ,   Case No. __10-21644__
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Divorced | DEPENDENTS OF DEBTOR AND SPOUSE ||
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| **Employment:** | DEBTOR | SPOUSE |
| Occupation | Information Technology Specialist | |
| Name of Employer | District of Columbia | |
| How long employed | 5 Years | |
| Address of Employer | 441 th St N.W. Washington DC 2002 | |

| | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 6,400.00 | $ |
| 2. Estimate monthly overtime | $ 0.00 | $ |
| 3. SUBTOTAL | $ 6,400.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| 　a. Payroll taxes and social security | $ 1,100.00 | $ |
| 　b. Insurance | $ 707.62 | $ |
| 　c. Union dues | $ | $ |
| 　d. Other (Specify): Alimony | $ 2,123.06 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 3,930.68 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,469.32 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ |
| 8. Income from real property | $ 0.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ |
| 11. Social security or government assistance (Specify):_____ | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify):_____ | $ | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 2,469.32 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 2,469.32 ||

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
　Pay will decrease per month as a result of W-4 Federal and State exemption adjustment

In re  Leonard A. Golden                      ,     Case No. 10-21644
          Debtor                                                                (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)      $ 1,350.00
   a. Are real estate taxes included?     Yes _____    No ✓
   b. Is property insurance included?    Yes _____    No ✓
2. Utilities:  a. Electricity and heating fuel      $ 100.00
          b. Water and sewer      $ 15.00
          c. Telephone      $ 50.00
          d. Other _____      $
3. Home maintenance (repairs and upkeep)      $
4. Food      $ 140.00
5. Clothing      $ 40.00
6. Laundry and dry cleaning      $ 20.00
7. Medical and dental expenses      $ 20.00
8. Transportation (not including car payments)      $ 140.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.      $ 20.00
10. Charitable contributions      $
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's      $
    b. Life      $ 82.00
    c. Health      $
    d. Auto      $
    e. Other _____      $
12. Taxes (not deducted from wages or included in home mortgage payments)
(Specify) _____      $
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
    a. Auto      $
    b. Other _____      $
    c. Other _____      $
14. Alimony, maintenance, and support paid to others      $
15. Payments for support of additional dependents not living at your home      $
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)      $
17. Other _____      $
18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)      $ 1,977.00
19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    None

20. STATEMENT OF MONTHLY NET INCOME
    a. Average monthly income from Line 15 of Schedule I      $ 2,469.32
    b. Average monthly expenses from Line 18 above      $ 1,977.00
    c. Monthly net income (a. minus b.)      $ 492.00



WENDELIN I. LIPP
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re: Case No.: 10-21644 - WIL    Chapter: 13

Leonard Allen Golden
18744 Curry Powder Lane
Germantown, MD 20874

Deficient Pleading No. - 31

Amended Schedules I & J, Statistical Summary Page

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above-referenced filing is stricken from the official record of the instant case.

cc:  Debtor(s)
     Attorney for Debtor(s) - PRO SE
     ~~Chapter 13 Trustee - Timothy P. Branigan~~
     U.S. Trustee
     Interested Party - n/a

14.1 - *larter*

### End of Order